**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
manncook@earthlink.net
(213) 252-9444
(213) 252-0091 facsimile

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN GANT, REGINALD LENARD SMITH, JOSE ALEXANDER VENTURA, individually and as class representatives<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, ETC., ET AL.,<br><br>Defendants. | Case No. CV08-5756 GAF (PJWx)<br><br>**PROTECTIVE ORDER RE: CRIMINAL HISTORIES OF PLAINTIFF KELVIN GANT AND PLAINTIFF'S BROTHER KEVIN GANT** |

Upon the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that defendant Torrance Police Department generate the criminal histories for Plaintiff Kelvin Gant via his CII #A06572567, and the same for Plaintiff's brother Kevin Gant via his CII #A06776321. The use and dissemination of the criminal histories shall be limited to the prosecution and/or defense of claims in this lawsuit; shall not be disclosed to persons other than the parties, their counsel and their staffs, and consultants or experts retained by the parties in connection with this lawsuit; that it is the responsibility of counsel for the parties to inform all persons who receive the criminal histories the contents of this order and its restrictions; that if the criminal history(ies) are

1 filed with the Court, the filing party must comply with L.R. 79-5.1 and 79-5.4. At the
2 conclusion of this litigation the criminal histories shall be destroyed.
3 DATED: September 29, 2010

_____
**PATRICK J. WALSH**
United States Magistrate Judge