**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA  90010
manncook@earthlink.net
(213) 252-9444
(213) 252-0091 facsimile

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN GANT, REGINALD LENARD SMITH, JOSE ALEXANDER VENTURA, individually and as class representatives<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, ETC., ET AL.,<br><br>Defendants. | Case No. CV08-5756 GAF (PJWx)<br><br>**PROTECTIVE ORDER RE JOSE ALEXANDER VENTURA'S CRIMINAL HISTORY** |

Upon the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that defendant San Bernardino County Sheriff's Department generate the criminal history for Plaintiff Jose Alexander Ventura via his CII #A23166567. The use and dissemination of the criminal history shall be limited to the prosecution and/or defense of claims in this lawsuit; shall not be disclosed ro persons other than the parties, their counsel and their staffs, and consultants or experts retained by the parties in connection to this lawsuit; that it is the responsibility of counsel for the parties to inform all persons who receive the criminal history the contents of this order and its restrictions; that if the criminal history is filed with the Court, the filing party must comply with L.R.

00062639.WPD

1   79-5.1 and 79-5.4 At the conclusion of this litigation the criminal history shall be
2   destroyed.

3   DATED: November 15, 2010

5   _____
6   **PATRICK J. WALSH**
    United States Magistrate Judge