1  JAMES H. THEBEAU, CA Bar No. 128845
   Deputy County Counsel
2  RUTH E. STRINGER, CA Bar No. 103563
3  County Counsel
   385 North Arrowhead Avenue, Fourth Floor
4  San Bernardino, CA  92415-0140
5  Telephone:  (909) 387-4402
6  Facsimile:    (909) 387-4069
   jthebeau@cc.sbcounty.gov
7                                                   NOTE: CHANGES MADE BY THE COURT

8  Attorneys for Defendants, COUNTY OF SAN BERNARDINO,
   SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
9

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA


| KELVIN GANT, REGINALD LENARD SMITH, JOSE ALEXANDER VENTURA, individually and as class representatives, | ) ) ) ) ) | CV 08-5756 GAF (PJWx) |
|---|---|---|
| Plaintiff[s] | ) ) | **[PROPOSED]** PROTECTIVE ORDER RE: CONTROL AND USE OF CONFIDENTIAL RECORDS |
| v. | ) ) ) | [Stipulation Requesting Order to Protect Confidential Information *filed concurrently herewith.*] |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, SUPERIOR COURT OF THE COUNTY OF LOS ANGELES, CITY OF CHINO POLICE DEPARTMENT, COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, DOES 1 through 10, both their personal and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Magistrate Judge Patrick J. Walsh |
| Defendant[s] | ) | |

#26O4783

1

PROTECTIVE ORDER RE: CONTROL/SUE OF CONFIDENTIAL RECORDS

1  THE COURT, having reviewed the parties' Stipulation for Protective
2  Order re: Control and Use of Confidential Records, and finding GOOD
3  CAUSE THEREFORE, IT IS HEREBY ORDERED:
4
5  The following records shall be protected as confidential and/or
6  privileged information:
7  - JIMS DATA for prisoners released from the custody of the San
8    Bernardino County Sheriff's Department at any time from December
9    17, 2002 through the date of production where the prisoner's release
10   code was SOC and/or booking error; and
11 - The entire booking jacket for each and every prisoner released from
12   SBSD custody at any time from January 1, 2005 through December
13   31, 2008 and whose JIMS release code was SOC,
14
15  The following applies to the aforementioned documents and records:
16  1. All documents shall be designated by page numbers beginning
17 with page 1 and numbered consecutively thereafter. Each document page
18 shall be designated as follows: "Confidential Material."
19  2. The "Confidential Material" shall be used solely in connection with
20 this litigation in the preparation and trial of this case, and not for any other
21 litigation. To the extent the material is used at trial, it shall be subject to
22 review and further order of this Court.
23  3. The "Confidential Material" may be disclosed only to the following
24 persons;
25      a) counsel and all parties to this action;
26      b) any outside expert or consultant retained in connection with
27 this action and not otherwise employed by either party;
28

#26O4783

c) any in-house expert designated by defendants to testify at trial in this matter;

d) witnesses herein who may have the documents disclosed to them during deposition proceedings; no witness may leave the deposition with any copies of the documents, and shall be bound by the provisions of paragraph 4 below.

4. Each person to whom disclosure is made, with the exception of counsel, who are presumed to know of the contents of this protective order, shall, prior to the time of disclosure, be provided by the person furnishing him/her such material, a copy of this order.  The attorney who provides the material shall attest, either on the record or in the writing, that the person received a copy of the protective order and that the terms of the protective order was explained to him or her.

5. At the conclusion of the trial and of any appeal, or upon other termination of this litigation, all confidential material governed by the provisions of this order (including any copies made) shall all be returned to counsel for defendant, COUNTY OF SAN BERNARDINO and SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, for transmittal to the Sheriffs Department of San Bernardino for retention or destruction. Counsel for each party shall certify that in returning the "Confidential Materials" that they have received all copies from any third party and all materials and copies are being returned by them and the counsel has not kept any copies.

6. The foregoing is without prejudice to the right of any parties:

a) to apply to the Court for a further protective order relating to any "confidential material," or relating to discovery in this litigation;

b) to apply to the Court for an order removing the

1  "Confidential Material" designation from the document;

2          c)   to apply to the Court for an order compelling production of documents or modification of this order or for any order permitting disclosure of confidential material beyond the terms of this order.

Under Seal filings governed by Local Rule 79-5.

**IT IS SO ORDERED.**

Dated:  November 17, 2010

_____
Patrick J. Walsh
United States District Court
Magistrate Judge