**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 27 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELVIN GANT, an individual; et al.,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>COUNTY OF LOS ANGELES; et al.,<br><br>    Defendants - Appellees. | No. 12-56080<br><br>D.C. No. 2:08-cv-05756-GAF-PJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

1/27/15

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

Before: THOMAS, Chief Judge, and M. SMITH and CHRISTEN, Circuit Judges.

The County of Los Angeles and the Los Angeles County Sheriff's Department's petition for panel rehearing is DENIED.  The panel unanimously voted to deny the petition.